## RAMSBOTTOM v. FITZGERALD.

Sac. No. 575; December 23, 1898.

55 Pac. 984.

Appeal.—The Enforcement of a Judgment by Execution does not deprive defendant of the right to appeal.

APPEAL from Superior Court, San Joaquin County.

Action by R. Ramsbottom against B. M. Fitzgerald. From a judgment for plaintiff, defendant appeals. Motion to dismiss appeal denied.

J. G. Swinnerton for appellant; Elliott & Elliott and Budd & Thompson for respondent.

PER CURIAM.—The respondent has moved to dismiss the appeal herein upon the ground that since the affirmance of the judgment by this court (52 Pac. 149) an execution for the enforcement of the judgment was issued out of the superior court and has been returned by the sheriff fully satisfied. In Kenney v. Parks, 120 Cal. 22, 52 Pac. 40, and 54 Pac. 251, and in Vermont Marble Co. v. Black (S. F. No. 1207; recently decided), 123 Cal. 21, 55 Pac. 599, it was held that an enforcement of the judgment by the plaintiff does not deprive the defendant of his right of appeal. The motion to dismiss the appeal on the ground that the orders appealed from are not appealable was denied in department 2, September 12, 1898. The motion is denied.